# Exhibit 1
## Plaintiff's 30b6 Discovery Request for Production of Documents to Defendant (Item No. 7)
## Copied in pertinent part

The Defendant, Louisiana Cardiology Associates LLC is respectfully requested to produce, at its Rule 30(b)(6) deposition, complete and authentic copies of the following documents:

**Item No. 5:**
Any documents related to the computer sign-in/sign-out records and the override computer sign-in/sign-out records of LCA nuclear medicine technologists from January 1, 2002 through December 31, 2006.

**Item No. 7:**
Any emails from 2002 until December 31, 2006 from or to the following:
John McMorris (jmcmorris@lca-br.com)
Karen Engelhardt
Dexter Ray
Dale Radley
Susan Clement Lanclos
Treadmill Techs
Between Engelhardt, Nuclear Medicine Techs, Ray and Southern Medical
ADT American DiagnosticTechnology (David Melancon, Laura McDonald)
Pioneer Pharmacy smarascalco@advanced.bz
Central (Cardinal) Pharmacy
All physicians as related to McMorris
Announcements
Meeting notices (particularly records where any notices were sent to McMorris)
Any other employee broadcast e-mails
Invitations