From: John McMorris [jmcmorris@lca-br.com]
Sent: Thursday, February 23, 2006 11:39 AM
To: jmgood@bellsouth.net
Subject: FW: Incentive Pay


> -----Original Message-----
> From:      John McMorris
> Sent:      Thursday, February 23, 2006 8:12 AM
> To:        Karen Engelhardt
> Subject:  Incentive Pay
>
> Karen,
>
> I do not agree with anything discussed in the  meeting with Dexter.  We have had an agreement for 3.5 years.  I expect to be paid accordingly.  I wish  to be paid each month for all scans over 180 and capped at 30K. Thanks, John


Page 1