Form LDOL 77 Separation Notice Alleging Disqualification

# SUBMISSION ACCEPTED

Your entry has been submitted to our system on 03/21/2006 02:53:58 PM.
Make print copies from this screen.
Give the worker a copy within 72 hours and retain a copy for your files.

**Client Name:**
John W McMorris
**Social Security Number:**
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

**Date Separated:**
03/20/2006
**Date Hired:**
05/11/2002
**Date Last Worked:**
03/20/2006

**Reason For Leaving:**
02 Discharge (Fired)

Vacation $7991.90 **for** 5 **week(s)**
Severance/Dismissal $2800.00 **for** 2 **week(s)**

Lump Sum **remuneration covered a period of 7 week(s)**

**Explanation:**
Violation of company policy and work rules( absence without notice)

**Submitter:**
Gayle Stelly
**Title:**
Director of Human Resources

**Employer Name:**
Louisiana Cardiology Associates

**Phone:**
(225) - 490-2262

**Employer Account Number:**
180817

**Street Address:**
7777 Hennessy Blvd Suite 1000

http://domino.ldol.state.la.us/es77online.nsf/WebView/94A11B8F74D5C8...  3/21/2006

DATE MAILED: 03-22-2006

<span style="color:red">RETURN THIS COMPLETED FORM BY MAIL OR FAX WITHIN 10 DAYS FROM THE DATE MAILED. MAKE SURE THE ADDRESS LISTED BELOW SHOWS IN THE ENVELOPE WINDOW.</span>

000000239

MCMORRIS JOHN W
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
13714 BRIARLAKE
BATON ROUGE   LA 70809-5526
BYB: 03-19-2006

LA. DEPARTMENT OF LABOR
BENEFIT CHARGE UNIT
POST OFFICE BOX 94186
BATON ROUGE, LA.   70804-9186
FAX (225) 219-0642

<span style="color:red">PLEASE PROVIDE THE FOLLOWING INFORMATION REGARDING PAST EMPLOYMENT. YOUR "REASON FOR SEPARATION" MUST BE EITHER QUIT (RESIGNED), FIRED (DISCHARGED), OR REDUCTION IN FORCE (ROF-LAID OFF). IF YOUR REASON FOR SEPARATION IS "QUIT" OR "FIRED" PLEASE GIVE A BRIEF EXPLANATION. (I.E. QUIT-FOUND A BETTER JOB.)</span>

| | LAST DAY WORKED | REASON FOR SEPARATION |
|---|---|---|
| LOUISIANA CARDIOLOGY | 03-20-2009 | FIRED (Discharged) |

I was wrongly fired for *"violation of policy."* As a Nuclear Medical Technologist, I was an Exempt Employee and *Not paid on hourly basis.* On March 10, 2004, I completed all scheduled tasks, performing a heavy workload of 12 patients, before noon, and then clocked out and left. That day, I was not given a lunch hour or given any breaks and had reported to work between 6:30am and 7:00am. It was approximately 1pm when I left, as I done for 3 ½ years. All Nuclear Medical Technologists routinely leave after scheduled tasks are completely. I am 64-years-old and Dale Radley, the younger Nuclear Medical Technologist also leaves after scheduled tasks are complete. On March 17th, the week after the erroneous charge against me, Dale Radley clocked out early and *was not fired for absence without notice.* Susan Lanclos, a younger Nuclear Medical Technologist also routinely clocked out early and *was not fired for absence without notice.* Alan Gaudin, a younger Nuclear Medical Technologist also routinely clocked out early and was *not fired for absence without notice.* I was never warned, counseled, or reprimanded for leaving early on Friday.

3/23/06
DATE

John W. McMorris
CLAIMANT'S SIGNATURE

752-5711
DAYTIME PHONE

MTAX-MD, NOTICE (REV. 5/03)



VISIT OUR WEBSITE:www.LAWORKS.net