UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHN W. MCMORRIS

VERSUS

LOUISIANA CARDIOLOGY ASSOCIATES,
L.L.C.

CIVIL ACTION

NUMBER 07-877-RET-SCR

**ORDER EXTENDING TIME TO FILE RESPONSE**
**TO MOTION TO COMPEL DISCOVERY**

Considering the information and request in the August 24, 2009 letter from counsel for the defendant, record document number 36;

IT IS ORDERED that the defendant is granted an extension of time until **September 17, 2009,** to either satisfy the plaintiff's request for production of electronically stored information or file a response to the plaintiff's Supplemental Motion to Compel Discovery of Electronic Documents and Second Supplemental Motion to Compel Electronic Discovery.[1]

The time limits set forth in this order shall not be modified except by leave of court upon a showing of good cause.

Baton Rouge, Louisiana, August 25, 2009.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

---

[1] Record document numbers 26 and 33.