Patrick A. Juneau
Michael J. Juneau
Thomas R. Juneau, Sr.†
Robert J. David, Jr.
Sue Nations
F. Douglas Ortego
Joshua K. Trahan††
Tonya R. Smith



Mailing Address:
P.O. Drawer 51268
Lafayette, LA 70505-1268

ph 337.269.0052
fx 337.269.0061

Writer's Email Address:
fdo@juneaudavid.com

M. Robert Voitier, Jr. (Of Counsel)
Hon. Don Aaron, Jr. (ret.) (Of Counsel)

†Also licensed in Texas and Washington D.C.
††Also licensed in Texas

September 3, 2009

*via facsimile*
Magistrate Judge Stephen C. Riedlinger
United States District Court
Middle District of Louisiana
Russell B. Long Federal Building and Courthouse
777 Florida Street, Suite 260
Baton Rouge, LA 70801-1712

File in record

*Stephen C. Riedlinger*
September 8, 2009

Re:   John W. McMorris v. Louisiana Cardiology Associates, LLC
      Civil Action No. 07-877
      Our File No. 4200-20

Dear Magistrate Riedlinger:

I am writing this letter with the knowledge and consent of both J. Arthur Smith, III and Paul Bell, both of who are counsel of record for plaintiff, John McMorris.

Counsel for plaintiff, John McMorris have filed a Second Supplemental Motion to Compel certain discovery responses on August 17, 2009. Most of them have to do with electronic production of emails in the possession of our client, Louisiana Cardiology Associates ("LCA"). According to an extension granted by this Court, LCA's reply brief to that motion was due September 17, 2009.

LCA intends to produce emails, according to the search terms suggested by plaintiff in his Second Supplemental Motion, on Wednesday, September 9, 2009.

Counsel in this matter have no desire to make unnecessary use of the resources of this Honorable Court. Because of that, plaintiff's counsel have requested that they be given until Tuesday October 6, 2009 in order to review the emails which LCA intends to produce shortly. That way, McMorris' counsel can determine whether its motion to compel has been satisfied, or whether LCA needs to file an opposition brief, and have a hearing be held.

Based on all of the foregoing, LCA respectfully requests this Honorable Court grant an extension of LCA's deadline to oppose the motion until October 6, 2009 in order for McMorris' attorney's to review the emails produced by LCA, and determine if these discovery issues can be

Magistrate Judge Stephen C. Riedlinger
September 3, 2009
Page 2

resolved without the need for the intervention of this Honorable Court. Counsel have agreed that McMorris' attorneys will either withdraw their Motion to Compel, or LCA will file a reply brief, by that date. We would also request this Honorable Court modify any other current deadlines accordingly, including but not limited to any and all discovery deadlines.

If this Honorable requires that we file a formal unopposed motion to extend this deadline, or would require anything further from the parties hereto, please contact the undersigned immediately.

                Very truly yours,

                F. DOUGLAS ORTEGO
                ROBERT J. DAVID, JR.

FDO/RJDjr/pam

cc:    Mr. J. Arthur Smith, III (via facsimile)
       Mr. Paul F. Bell (via facsimile)