UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHN W. MCMORRIS

VERSUS

LOUISIANA CARDIOLOGY ASSOCIATES, L.L.C.

CIVIL ACTION

NUMBER 07-877-RET-SCR

**AMENDED SCHEDULING ORDER**
**and**
**ORDER EXTENDING TIME TO FILE RESPONSE**
**TO MOTIONS TO COMPEL DISCOVERY**

Considering the information and request in the September 3, 2009 letter from counsel for the defendant, record document number 38;

The scheduling order previously issued, as amended, is hereby further amended as follows.

G. Dispositive motions shall be filed by **November 30, 2009.**

Furthermore;

IT IS ORDERED that the defendant is granted an extension of time until **October 6, 2009,** to either satisfy the plaintiff's request for production of electronically stored information or file a response to the plaintiff's Supplemental Motion to Compel Discovery of Electronic Documents and Second Supplemental Motion to Compel Electronic Discovery.[1] **This deadline and will not be extended again.**

---

[1] Record document numbers 26 and 33.

The time limits set forth in this order shall not be modified except by leave of court upon a showing of good cause.

Baton Rouge, Louisiana, September 9, 2009.

*Stephen C. Riedlinger*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

2